IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD LEE BRADLEY,** ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. 09-00794-WS |
| vs. ) | CRIM. ACTION NO. 07-00065-WS |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is **denied.** It is further **ORDERED** that Petitioner is not entitled to a certificate of appealability nor to appeal *in forma pauperis*.

**DONE** and **ORDERED** this 2nd day of March, **2011**.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE