IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD LEE BRADLEY,** ) | |
| ) | |
| Petitioner, ) | |
| ) | **CIVIL ACTION NO. 09-00794-WS** |
| vs. ) | **CRIM. ACTION NO. 07-00065-WS** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, be, and the same hereby is, **DENIED**. Petitioner is not entitled to a certificate of appealability, nor to appeal in *forma pauperis*.

**DONE** this 2nd of March, **2011**.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE